# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**CENTRAL   DIVISION**

| UNITED STATES OF AMERICA, | | | **HEARING MINUTES**   Sealed:   No | | | |
|---|---|---|---|---|---|---|
| Plaintiff, | | | Case No.: | 25-CR-3024-LTS-KEM | | |
| vs. | | | Presiding Judge: | Kelly K.E. Mahoney, Chief Magistrate Judge | | |
| JUSTIN JAMES ZOBEL, | | | Deputy Clerk: | klh | | |
| Defendant. | | | Official Court Record: | FTR Gold | Contract? | |
| | | | Contact Information: | | | |

| Date: | 7/2/2025 | Start: | 1:53 p.m. | Adjourn: | 2:05 p.m. | Courtroom: | SC First Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | n/a | | Telephonic? | No |
| Appearances: | | Plaintiff: | AUSA Forde Fairchild | | | | | | |
| | | Defendant: | Mary Gryva (defendant appears personally) | | | | | | |
| | | U.S. Probation: | | | | | | | |
| | | Interpreter: | | | Language: | | Certified: | | Phone: |

| **TYPE OF PROCEEDING:** | **DETENTION** | X | **REVOCATION** | | **PRELIMINARY EXAMINATION** | | |
|---|---|---|---|---|---|---|---|
| | | | | Contested?  Yes | Continued from a previous date? | | No |
| | Moving party: | | Plaintiff | | | | |
| | Motion: Government's Oral Motion for Detention (docket no. 9). Granted. | | | | | | |
| | Nature of proceedings: | | Ruling: | | | | |
| | Review of detention or conditions | X | The court finds that the Government has demonstrated there are no conditions/combination of conditions of release that would ensure the safety of the community or risk of nonappearance. Defendant detained. Order to follow. | | | | |
| | Review of pre-trial release | | | | | | |
| | Review of supervised release | | | | | | |
| | **Witness/Exhibit List is** | | | | | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | | | | |
| | **Miscellaneous:** | Court hears argument. | | | | | |