**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. CR25-3024-LTS-KEM |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | CERTIFICATE OF SERVICE |
| JUSTIN JAMES ZOBEL, | : | |
| | : | |
| Defendant | : | |

COMES NOW, the undersigned and hereby certifies that on February 24, 2026, I electronically filed the Defendant, Justin James Zobel's sealed Notice of Objections to the Presentence Investigation Report (Document 53) with the Clerk of the Court using ECF system and sent notification of such filing to all parties via email.

Respectfully submitted,

/s/ Pamela Wingert
Pamela Wingert
Wingert Law Office
1212 18th Street
Spirit Lake, Iowa 51360
(712) 336-3911 Telephone
(712) 336-4112 Facsimile
pamwingert@gmail.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing with the Clerk of the Court using ECF system which will send notification of such filing to all parties. /s/Pamela Wingert, 1212 18th Street, Spirit Lake, IA 51360.

Ronald C. Timmons
Assistant U.S. Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
ATTORNEY FOR PLAINTIFF,
UNITED STATES OF AMERICA