**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. CR25-3024-LTS-KEM |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | MOTION FOR LEAVE TO FILE |
| | : | UNDER SEAL |
| JUSTIN JAMES ZOBEL, | : | |
| | : | |
| Defendant. | : | |

---

COMES NOW, Defendant, Justin Zobel, through counsel, and moves for leave to file a Sentencing Memorandum and Sentencing Exhibits under seal on the ground that said Memorandum and Exhibits will contain confidential information. Sentencing is set for the Defendant on April 16, 2026, at 2:00 p.m.

WHEREFORE, Pamela Wingert, counsel for Justin Zobel, respectfully requests leave to file a Sentencing Memorandum and Sentencing Exhibits under seal.

Respectfully submitted,

/s/ Pamela Wingert
Pamela Wingert
Wingert Law Office
1212 18th Street
Spirit Lake, Iowa 51360
(712) 336-3911 Telephone
(712) 336-4112 Facsimile
pamwingert@gmail.com
ATTORNEY FOR JUSTIN ZOBEL

Original Filed

I hereby certify that on April 9, 2026, I electronically filed the foregoing with the Clerk of the Court using ECF system which will send notification of such filing to all parties. /s/Pamela Wingert, 1212 18th Street, Spirit Lake, IA 51360.

Ronald Timmons
Assistant U.S. Attorney
600 4th Street, Suite 670
Sioux City, IA  51101
ATTORNEYS FOR PLAINTIFF,
UNITED STATES OF AMERICA